## MARK PINARD *v.* DANDY LIONS, LLC, ET AL.

## DANDY LIONS, LLC, ET AL. *v.* MARK PINARD

The petitioner Mark Pinard's petition for certification for appeal from the Appellate Court, 119 Conn. App. 368 (AC 30581), is denied.

*Scott R. Chadwick*, in support of the petition.

*Mark S. Shipman* and *C. Scott Schwefel*, in opposition.

Decided March 30, 2010